**CITY OF SPRINGFIELD, Missouri, Appellant,**

v.

**Jack COMSTOCK, Respondent.**

No. 9875.

Missouri Court of Appeals, Springfield District.

Feb. 9, 1976.

Josephine Dolores ANTHONIS,
Plaintiff-Appellant,

v.

John J. QUINN, Excise Commissioner of
the City of St. Louis, State of Missouri,
Defendant-Respondent.

No. 36263.

Missouri Court of Appeals,
St. Louis District,
Division Two.

Feb. 10, 1976.

Howard C. Wright, Jr., City Atty., Larry A. Woodward, Asst. City Atty., Springfield, for appellant.

No appearance for respondent.

Before BILLINGS, C. J., and TITUS and FLANIGAN, JJ.

FLANIGAN, Judge.

Respondent Jack Comstock, charged with a violation of a city ordinance, was convicted in municipal court. Comstock appealed to the circuit court where, after trial, he was acquitted. The city appeals.

The appeal does not lie. *Kansas City v. Bott,* 509 S.W.2d 42 (Mo. banc 1974).

The appeal is dismissed.

All concur.